| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: February 3, 2014 3:22 PM<br>CASE NUMBER: 2014CV30068 |
| **Plaintiff(s)** CAROL A POURCIAU<br>v.<br>**Defendant(s)** AMERICAN FAMILY MUTUAL INSURANCE COMPANY | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2014CV30068<br>Division: 21    Courtroom: |
| **Order: Proposed Order re American Family's Motion for Extension of Time to Respond to Plaintiff's Complaint** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 2/3/2014

*/s/ Michael P. McHenry*

MICHAEL P MCHENRY
District Court Judge

**EXHIBIT G**

Page 1 of 1

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br><br>Court Address:<br>PO Box 2980<br>Colorado Springs, CO 80901 | |
| Plaintiff: CAROL A. POURCIAU<br><br>v.<br><br>Defendant: AMERICAN FAMILY MUTUAL INSURANCE COMPANY | ▲ COURT USE ONLY ▲ |
| | Case Number:<br>2014CV030068<br><br>Div: 21 |
| **ORDER RE: AMERICAN FAMILY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

Having come before the Court on Defendant American Family's Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court being fully advised in the premises, hereby GRANTS the relief requested.

Defendant shall have an extension, through and including February 13, 2014, to respond to Plaintiff's Complaint.

SO ORDERED this _____ day of _____, 2014.

BY THE COURT:

_____
District Court Judge