IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-00369-RM-MEH

CAROL A. POURCIAU,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

The Court, having reviewed the Parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 50), and being fully-advised, hereby ORDERS as follows:

The Parties Stipulated Motion to Dismiss with Prejudice is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her/its own attorney's fees and costs.

DATED this 22nd day of January, 2016.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge